IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10773
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SANDRA D. SWEET, also known as
Sandra P. Smith,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-156-ALL-R
- - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Sandra Sweet ("Sweet") appeals from the denial of her motion
to reduce her term of supervised release.  We have reviewed the
record and Sweet's brief, and we have found no nonfrivolous
appellate issues because the district court did not possess the
statutory authority to modify or reduce Sweet's term of
supervised release.  See 18 U.S.C. § 3583(e)(1), (2).
Accordingly, we dismiss Sweet's appeal as frivolous.

     APPEAL DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.